BOBBI R. SAENZ, In Pro Per
3537 Atchison Street
Riverbank, California 95367
Telephone: (209) 869-9849

Plaintiff

JACKSON LEWIS LLP
GARY R. BASHAM (SBN 130119)
CAROLYN G. BURNETTE (SBN 191294)
801 K Street, Suite 2300
Sacramento, California 95814
Telephone: (916) 341-0404
Facsimile: (916) 341-0141

Attorneys for Defendant
FIRST DATA MERCHANT SERVICES
CORPORATION

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| BOBBI R. SAENZ, | Case No. 1:05-CV-01001-REC/SMS |
|---|---|
| Plaintiff, | **STIPULATION FOR DISMISSAL AND ORDER THEREON** |
| vs. | Complaint Filed: June 21, 2005 |
| FIRST DATA MERCHANT SERVICES CORPORATION, | Trial Date: None |
| Defendant. | |

TO THE UNITED STATES DISTRICT COURT, EASTERN DISTRICT OF CALIFORNIA:

Plaintiff BOBBI R. SAENZ and defendant FIRST DATA MERCHANT SERVICES CORPORATION hereby request that this matter be dismissed with prejudice, in its entirety, with each party to bear their own costs and attorneys' fees.

///

///

1

Stipulation for Dismissal and Proposed Order Thereon

Saenz v. First Data Corporation
USDC Eastern District Case No. 1:05-CV-01001-REC-SMS

PDF created with pdfFactory trial version www.pdffactory.com

IT IS SO STIPULATED:

Date: October _28__, 2005				JACKSON LEWIS LLP


						By:____/s/ Carolyn G. Burnette_____
						    GARY R. BASHAM
						    CAROLYN G. BURNETTE

						    Attorneys for Defendant
						    FIRST DATA MERCHANT SERVICES
						    CORPORATION

Date: October _28__, 2005			_____/s/ Bobbi R. Saenz_____
						BOBBI R. SAENZ


**IT IS SO ORDERED:**  This matter is dismissed with prejudice.  Each party will bear their own costs and attorneys' fees.


Date:  __November 4, 2005			/s/ ROBERT E. COYLE
						_____
						UNITED STATES DISTRICT JUDGE

PDF created with pdfFactory trial version www.pdffactory.com